# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

v.             **No. 4:11-cr-3-DPM**

**ADRIAN ADAMS**             **DEFENDANT**

### ORDER

Adams's unopposed motion for a sentence reduction, *Document No. 24*, is granted. 18 U.S.C. § 3582(c)(2). He is entitled to the benefit of retroactive application of the Fair Sentencing Act. *Dorsey v. United States*, 132 S.Ct. 2321 (2012). The Court reduces Adams's term of imprisonment to 48 months. This was the Court's intention if the Act applied retroactively. *Document No. 22, at 2.* As the United States points out, this sentence is three months below the 51-63 months advisory Guidelines range. But the United States does not object to this small departure, and the Court sees no useful purpose to be served in revisiting the issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2012